944 A.2d 751

**Linda PIEHL and William Piehl, H/W**

**v.**

**CITY OF PHILADELPHIA and Commonwealth of Pennsylvania**

**Petition of Commonwealth of Pennsylvania.**

Supreme Court of Pennsylvania.

March 12, 2008.

***ORDER***

PER CURIAM.

AND NOW, this 12th day of March, 2008, the Petition for Allowance of Appeal is hereby GRANTED. The issue, as stated by Petitioner, is:

Whether a complaint which names the Commonwealth as a defendant in the caption may be amended to substitute a Commonwealth agency as a party after the statute of limitations has run?